# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  Wanda L. Kuznar : Case No. 11-52151
                                            Chapter 13
    Debtor. : Judge Preston

## **CHANGE OF ADDRESS**

The Debtor, by and through counsel, hereby notifies this Court and the Trustee that her new address is 1919 Walnut Hill Park Drive, Columbus, OH 43232.

Respectfully submitted,

/s/Christopher Gallutia_____
Christopher Gallutia (0011775)
Attorney for Debtor
7668 Slate Ridge Blvd
Reynoldsburg, OH 43068
(614) 575-1145 phone
(614) 755-4977 fax
gallutia@yahoo.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Change of Address was sent, by regular U.S. mail, postage prepaid, this 14th day of April, 2015 to the U.S. Trustee, 170 North High Street, #200, Columbus, OH 43215 and Mr. Frank M. Pees, Chapter 13 Trustee, 130 E Wilson Bridge Rd, Suite 200, Worthington, OH 43085.

/s/Christopher Gallutia_____
Christopher Gallutia (011775)
Attorney for Debtor